

Opinions of the United
States Court of Appeals
for the Third Circuit

12-13-1994

# Neely v. ClubMed

Precedential or Non-Precedential:

Docket 93-2069

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Neely v. ClubMed" (1994). *1994 Decisions.* Paper 215.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/215

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————————

NOS. 93-2069 and 93-2102

———————————

EILEEN ANNE NEELY,

                                        Appellant in No. 93-2069

v.

CLUB MED MANAGEMENT SERVICES, INC.;
CLUB MED SALES, INC.;
CLUB MED, INC., Third-Party Plaintiffs;
HOLIDAY VILLAGE (ST. LUCIA), LTD.

v.

JOSEPH LEMAIRE,

                                        Third-Party Defendant

Club Med Management Services, Inc. and
Holiday Village (St. Lucia) Inc.

                                        Appellants in No. 93-2102

———————————

Present:  SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
          GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO,
          ROTH, LEWIS, McKEE and SAROKIN, Circuit Judges.


O R D E R


        A majority of the active judges having voted for
rehearing in banc in the above appeal, it is
        O R D E R E D  that the Clerk of this Court vacate the
panel's opinion and judgment filed November 15, 1994 and list

the above case for rehearing in banc at the convenience of the court.

By the Court,

/s/ Dolores K. Sloviter
Chief Judge

Dated: December 13, 1994